Sharon Maynard, OSB # 92584
SWANSON, THOMAS & COON
820 SW Second Ave., Suite 200
Portland, Oregon 97204
Telephone: (503) 228-5222
Fax: (503) 273-9175
Email: smaynard@stc-law.com
        Of Attorneys for Plaintiff

FILED'05 OCT 28 11:12USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**STEVEN M. ARNOLD**,                                Civil No.04-655-BR

      Plaintiff                                **ORDER**

      v.

**JO ANNE B. BARNHART**,
Commissioner, Social Security
Administration,

      Defendant

Based upon the stipulation of the parties, it is hereby ORDERED that attorney

fees in the amount of $ 4,793.75, costs in the amount of $ 168.00, and expenses in the

amount of $ 37.04, for a total of $ 4,998.79 are awarded to Plaintiff pursuant to the

Equal Access to Justice Act,  28 U.S.C. §2412.

DATED this ___25th___ day of ___October___, 2005.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
SHARON MAYNARD
Attorney for Plaintiff

ORDER